# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Voluntary Petition**

_Chapter 13W/Plan_

| NAME OF DEBTOR | JOINT DEBTOR |
|---|---|
| **Ramiro Gonzalez, Jr.** | |
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (Including married,maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS(Including married,maiden & trade) |
| SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) **\*\*\*-\*\*-6115** | SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) **\*\*\*-\*\*-** |
| STREET ADDRESS OF DEBTOR **3034 Emmerson St Franklin Park IL 60131** | STREET ADDRESS OF JOINT DEBTOR |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS **Cook** | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS **Cook** |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

_NOT APPLICABLE_

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

TYPE OF DEBTOR (Check all boxes that apply)
[x] Individual(s)   [] Railroad
[] Corporation   [] Stockbroker
[] Partnership   [] Commodity Broker
[] Other_____

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
[] Chapter 7   [] Chapter 11   [X] Chapter 13
[] Chapter 9   [] Chapter 12   []
[] Sec 304 0— Case ancillary to foreign proceeding

NATURE OF DEBTS (Check one box)
[x] Consumer/Non-Business   [] Business

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
[] Debtor is a small business as defined in 11 U.S.C. S101
[] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional)

FILING FEE (Check one box)
[x] Full Filing Fee attached
[] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006    Official Form No. 3

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[] Debtor estimates that funds will be available for distribution to unsecured creditors
[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid creditors.

| | | |
|---|---|---|
| ESTIMATED NO. OF CREDITORS | [x] | 15 |
| ESTIMATED ASSETS | [x] $ | 271,350 |
| ESTIMATED DEBTS | [x] $ | 227,623 |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/16/2004
Time: 15:38:20
Debtor: RAMIRO GONZALEZ JR
Case: 04-42574    Fee #: 194
Chapter: 13 Rec. #: 3111458
Judge: Jack Schmetterer
341 mtg: 12/14/2004 @ 01:30PM
ConfHrg: 01/12/2005 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK42574-BK001

Voluntary Petition

(This page must be completed and filed in every case)

NAME OF DEBTOR(s)

**Ramiro  Gonzalez, Jr.**

---

I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS  (IF BLANK, THIS IS FIRST 6 YRS

| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S)

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A**  (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

_____Exhibit A is attached and made a part of this petition

---

**Exhibit C**   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO   If yes and Exhibit C is attached and made a part of this petition   _____XXXX No

Signature of Non-Attorney Petition Preparer    I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer_____Social Sec#_____ Address _____
X_____ Signature of Bankruptcy Petition Preparer  A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.  I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated: __11_ / _11_ /2004       ## Sign: X _Ramiro Gonzalez Jr_

Ramiro  Gonzalez, Jr.

---

Exhibit B - Signature of Attorney

Attorney Name: Erin T Hack                    Bar No: 6275060

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

Attorney Name: Erin T Hack                    Dated: _11_ / _6_ /2004

**STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. 341**

**INTRODUCTION**

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

**WHAT IS A DISCHARGE?**

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.  A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every six (6) years.

**WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?**

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

**WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?**

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

**OTHER BANKRUPTCY OPTIONS**

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasibile, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession  and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($307,000 in unsecured debts and $922,000 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

In re    **Ramiro Gonzalez, Jr. / Debtor**

Case No. :

Attorney for Debtor: Erin T Hack

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

    | | | |
    |---|---|---|
    | For legal services rendered, Debtor(s) agrees to pay | $ | 2,700 |
    | Prior to the filing of this Statement, Debtor(s) has paid | $ | 0 |
    | Balance Due | -$ | 2,700 |

2.  The Filing Fee has been paid.

3.  The Service rendered or to be rendered include the following:

    (a) Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11, U.S.C.
    (b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) Representation of the client at the first meeting of creditors.
    (d) Advice as required.

4.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed and none other.

6.  The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following for the value stated:  None.

7.  The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid without the client's consent, except as follows:  None.

Dated:  11 / 16 /2004

Respectfully submitted,

Attorney Name: Erin T Hack

Bar No: 6275060

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800

BY_WHOM

In re:   **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **3034 Emmerson St Franklin Park, IL 60131  (Debtor's Residence)** | | H | $ 255,000 | $ 205,539 |
| | | Total | $  255,000 | |

T. Reich Appraisals

File No. 00441821

# APPRAISAL OF



## LOCATED AT:

3034 EMERSON STREET
FRANKLIN PARK, IL. 60131

## FOR:

ABN AMRO MORTGAGE GROUP
1643 N. HARRISON PKWY.
SUNRISE, FL. 33323

## BORROWER:

GONZALEZ, RAMIRO

## AS OF:

March 18, 2004

## BY:

HARRY M. LENGVENIS
T. REICH APPRAISALS

# FannieMae

## Desktop Underwriter Quantitative Analysis Appraisal Report

File No.: 00441821

**THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.**

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 3034 EMERSON STREET | City FRANKLIN PARK | State IL. | Zip Code 60131 |

Legal Description REFER TO THE ATTACHED ADDENDUM.   County COOK

Assessor's Parcel No. 12-28-212-029-0000, 12-28-212-030-0000   Tax Year 2002   R.E.Taxes $ 2,612.50   Special Assessments $ NONE

Borrower GONZALEZ   Current Owner GONZALEZ   Occupant: [X] Owner [ ] Tenant [ ] Vacant

Neighborhood or Project Name SOUTH FRANKLIN PARK   Project Type [ ] PUD [ ] Condominium   HOA$ NONE /Mo.

Sales Price $ REFINANCE   Date of Sale INS.03/18/04   Description/$ amount of loan charges/concessions to be paid by seller N/A

Property rights appraised [X] Fee Simple [ ] Leasehold   Map Reference 1600   Census Tract 8114.00

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Location | Urban | [X] Suburban | [ ] Rural | Property values | [X] Increasing | [ ] Stable | [ ] Declining |
| Built up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/supply | [ ] Shortage | [X] In balance | [ ] Over supply |
| Growth rate | [ ] Rapid | [X] Stable | [ ] Slow | Marketing time | [ ] Under 3 mos. | [X] 3-6 mos. | [ ] Over 6 mos. |

| Single family housing | | | Condominium housing | |
|---|---|---|---|---|
| PRICE $(000) | AGE (yrs) | PRICE $(000) | AGE (yrs) |
| 150 Low | 40 | N/A Low | N/A |
| 300 High | 80 | N/A High | N/A |
| 200 Predominant | 50 | N/A Predominant | N/A |

Neighborhood boundaries THE NEIGHBORHOOD IS BOUNDED ROUGHLY TO THE NORTH BY BELMONT AVENUE, TO THE EAST BY 25TH AVENUE, TO THE SOUTH BY FULLERTON AVENUE AND TO THE WEST BY MANNHEIM ROAD.

**SITE**

Dimensions 50' X 122'   Site area 6100 SQ. FT.   Shape RECTANGULAR

Specific zoning classification and description R2, SINGLE-FAMILY RESIDENCE.

Zoning compliance [X] Legal [ ] Legal nonconforming (Grandfathered use): [ ] Illegal, attach description [ ] No zoning

Highest and best use of subject property as improved (or as proposed per plans and specifications): [X] Present use [ ] Other use, attach description.

| Utilities | Public | Other | | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water [X] | Street | ASPHALT | [X] | |
| Gas | [X] | | Sanitary sewer [X] | Alley | ASPHALT | [X] | |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? [ ] Yes [X] No   If Yes, attach description.

**IMPROVEMENTS**

| Source(s) used for physical characteristics of property: | [X] Interior and interior inspection | [ ] Exterior inspection from street | [ ] Previous appraisal files |
|---|---|---|---|
| [ ] MLS | [ ] Assessment and tax records | [ ] Prior Inspection | [ ] Property owner | [ ] Other (Describe): |

No. of Stories 1.5   Type (Det./Att.) DET.   Exterior Walls BRICK   Roof Surface ASPH.SHING   Manufactured Housing [ ] Yes [X] No

Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes [ ] No   If No, attach description.

Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property?
[ ] Yes [X] No   If Yes, attach description.

Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? [ ] Yes [X] No.   If Yes, attach description.

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.

My research revealed a total of 14   sales ranging in sales price from $ 250,000 to $ 269,900 .

My research revealed a total of 7   listings ranging in list price from $ 255,000 to $ 269,900 .

The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

**SALES COMPARISON ANALYSIS**

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3034 EMERSON STREET FRANKLIN PARK | 3114 ATLANTIC STREET FRANKLIN PARK | | 10104 SCHILLER BOULEVARD FRANKLIN PARK | | 3006 ERNST STREET FRANKLIN PARK | |
| Proximity to Subject | | 0.17 MILES | | 0.35 MILES | | 0.56 MILES | |
| Sales Price | REFINANCE | $ 269,900 | | $ 250,000 | | $ 250,000 | |
| Price/Gross Liv. Area | Ø $ | $ 178.51 Ø | | $ 192.01 Ø | | $ 170.53 Ø | |
| Data & Verif. Sources | | MLS #03150518, TAX RECORD | | MLS #03146774, TAX RECORD | | MLS #03203609, TAX RECORD | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | CONV. FINANCE NONE KNOWN | | UNAVAILABLE NONE KNOWN | | CONV. FINANCE NONE KNOWN | |
| Date of Sale/Time | | **08/03 | | **07/03 | | 10/03 | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Site | 6100 SQ. FT. | 6200 SQ. FT. | 0 | 7500 SQ. FT. | 0 | 6820 SQ. FT. | 0 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | BR. CAPE COD | BRICK RANCH | 0 | BR. CAPE COD | 0 | BR. CAPE COD | |
| Actual Age (Yrs.) | 61 | 47 | 0 | 53 | 0 | 57 | 0 |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade Room Count | Total 6 / Bdrms 4 / Baths 2.00 | Total 6 / Bdrms 3 / Baths 1.00 | +5,000 | Total 6 / Bdrms 3 / Baths 1.50 | +2,500 | Total 6 / Bdrms 3 / Baths 1.50 | +2,500 |
| Gross Living Area | 1,307 Sq. Ft. | 1,512 Sq. Ft. | -5,100 | 1,302 Sq. Ft. | 0 | 1,466 Sq. Ft. | -4,000 |
| Basement and Finished Rooms Below Grade | FULL NONE | FULL 3 RMS., 1 BATH | -10,000 | FULL 1 ROOM | -2,000 | FULL 1 ROOM | -2,000 |
| Garage/Carport | GARAGE-2 CAC | GARAGE-2 CAC | | GARAGE-1 NONE | +2,500 +1,000 | GARAGE-1 CAC | +2,500 |
| | DECK | PATIO | 0 | NONE | +1,000 | NONE | +1,000 |
| Net Adj. (total) | | [X] + [ ] - $ | 10,100 | [X] + [ ] - $ | 4,000 | [X] + [ ] - $ | 0 |
| Adjusted Sales Price of Comparables | | Gross: 7.4% Net: -3.7% $ | 259,800 | Gross: 3.2% Net: 0.0% $ | 254,000 | Gross: 4.8% Net: 0.0% $ | 250,000 |
| Date of Prior Sales | NO SALE PAST 3 YEARS | NO PRIOR SALE PAST 3 YRS. | | NO PRIOR SALE PAST 3 YRS. | | NO PRIOR SALE PAST 3 YRS. | |
| Price of Prior Sales | $ | $ | | $ | | $ | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: REFER TO THE ATTACHED ADDENDUM.

Summary of sales comparison and value conclusion: REFER TO THE ATTACHED ADDENDUM.

This appraisal is made [X] "as-is", or [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or [ ] subject to the following repairs, alterations or conditions:

BASED ON AN [ ] EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 255,000 , AS OF MARCH 18, 2004 .

PAGE 1 OF 3

10CH.   Fannie Mae Form 2055 9-96

Produced using ACI software, 800.234.8727 www.aciweb.com

## Desktop Underwriter Quantitative Analysis Appraisal Report
File No.: 00441821

**Project Information for PUDs** (if applicable)—Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☐ No

Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit:

Total number of phases _____  Total number of units _____  Total number of units sold _____

Total number of units rented _____  Total number of units for sale _____  Data Source(s) _____

Was the project created by the conversion of existing buildings into a PUD?  ☐ Yes  ☐ No  If yes, state date of conversion: _____

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source: _____

Are the common elements completed?  ☐ Yes  ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?  ☐ Yes  ☐ No  If yes, attach addendum describing rental terms and options.

Describe common elements and recreational facilities: _____

**Project Information for Condominiums** (if applicable)—Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☐ No

Provide the following information for all Condominium Projects:

Total number of phases _____  Total number of units _____  Total number of units sold _____

Total number of units rented _____  Total number of units for sale _____  Data Source(s) _____

Was the project created by the conversion of existing buildings into a condominium?  ☐ Yes  ☐ No  If yes, date of conversion: _____

Project Type:  ☐ Primary Residence  ☐ Second Home or Recreational  ☐ Row or Townhouse  ☐ Garden  ☐ Midrise  ☐ Highrise ☐

Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed?  ☐ Yes  ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?  ☐ Yes  ☐ No  If yes, attach addendum describing rental terms and options.

Describe common elements and recreational facilities: _____

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in the mortgage finance transaction.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4. The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

Produced using ACI software, 800.234.8727 www.aciweb.com

## Desktop Underwriter Quantitative Analysis Appraisal Report    File No.: 00441821

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I performed this appraisal by (1) personally inspecting from the street the subject property and neighborhood and each of the comparable sales (unless I have otherwise indicated in this report that I also inspected the interior of the subject property); (2) collecting, confirming, and analyzing data from reliable public and/or private sources; and (3) reporting the results of my inspection and analysis in this summary appraisal report. I further certify that I have adequate information about the physical characteristics of the subject property and the comparable sales to develop this appraisal.

2. I have researched and analyzed the comparable sales and offerings/listings in the subject market area and have reported the comparable sales in this report that are the best available for the subject property. I further certify that adequate comparable market data exists in the general market area to develop a reliable sales comparison analysis for the subject property.

3. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware, have considered these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them, and have commented about the effect of the adverse conditions on the marketability of the subject property. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

4. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

5. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

6. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

7. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

8. I estimated the market value of the real property that is the subject of this report based on the sales comparison approach to value. I further certify that I considered the cost and income approaches to value, but, through mutual agreement with the client, did not develop them, unless I have noted otherwise in this report.

9. I performed this appraisal as a limited appraisal, subject to the Departure Provision of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of the appraisal (unless I have otherwise indicated in this report that the appraisal is a complete appraisal, in which case, the Departure Provision does not apply).

10. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The exposure time associated with the estimate of market value for the subject property is consistent with the marketing time noted in the Neighborhood section of this report. The marketing period concluded for the subject property at the estimated market value is also consistent with the marketing time noted in the Neighborhood section.

11. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. I further certify that no one provided significant professional assistance to me in the development of this appraisal.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certified and agrees that; I directly supervise the appraiser who prepared the appraisal report, have examined the appraisal report for compliance with the Uniform Standards of Professional Appraisal Practice, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 5 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature: *Harry M. Longvenis* | Signature: *Thomas Reich* |
| Name: HARRY M. LONGVENIS | Name: THOMAS REICH |
| Company Name: T. REICH APPRAISALS | Company Name: T. REICH APPRAISALS |
| Company Address: 607 CIRCLE AVENUE | Company Address: 607 CIRCLE AVENUE |
| FOREST PARK, IL. 60130 | FOREST PARK, IL. 60130 |
| Date of Report/Signature: 03/23/2004 | Date of Report/Signature: 03/23/2004 |
| State Certification #: | State Certification #: 156.0001893 |
| or State License #: 157.0001352 | or State License #: |
| State: ILLINOIS | State: ILLINOIS |
| Expiration Date of Certification or License: SEPTEMBER 30, 2005 | Expiration Date of Certification or License: SEPTEMBER 30, 2005 |

**ADDRESS OF PROPERTY APPRAISED:**
3034 EMERSON STREET
FRANKLIN PARK, IL. 60131

**APPRAISED VALUE OF THE SUBJECT PROPERTY** $ 255,000
**EFFECTIVE DATE OF APPRAISAL/INSPECTION** 3/18/2004

**LENDER/CLIENT:**
Name:
Company Name: ABN AMRO MORTGAGE GROUP
Company Address: 1643 N. HARRISON, SUNRISE, FL. 33323

**SUPERVISORY APPRAISER:**
SUBJECT PROPERTY
[X] Did not inspect subject property
[ ] Did inspect exterior of subject property from street
[ ] Did inspect interior and exterior of subject property
COMPARABLE SALES
[X] Did not inspect exterior of comparable sales from street
[ ] Did inspect exterior of comparable sales from street

10CH.

PAGE 3 OF 3

Produced using ACI software, 800.234.8727 www.aciweb.com

Fannie Mae Form 2055 9-96

T. Reich Appraisals

## ADDENDUM

| | |
|---|---|
| Borrower: GONZALEZ | File No.: 00441821 |
| Property Address: 3034 EMERSON STREET | Case No.: |
| City: FRANKLIN PARK | State: IL | Zip: 60131 |
| Lender: ABN AMRO MORTGAGE GROUP | |

**PURPOSE OF THE APPRAISAL:**
THE PURPOSE OF THE APPRAISAL IS TO ESTIMATE THE FAIR MARKET VALUE OF THE PROPERTY LOCATED AT 3034 EMERSON STREET, FRANKLIN PARK, ILLINOIS, AND IS INTENDED FOR USE IN A REFINANCE MORTGAGE. THE APPRAISAL WAS ORDERED BY ABN AMRO MORTGAGE GROUP.

**LEGAL DESCRIPTION:**
THE LEGAL DESCRIPTION WAS OBTAINED FROM THE TAX RECORD:
PLAT:01491679, BLK 26, LOT 12 & 13
(THIRD) ADD TO (FRANKLIN) (PARK) SUB SW SEC21 EX MANNHEIM & W10ACS OF PT SW LYING N RW C M & STP RR & E MANNHEIM & EX RW DEPOT CMT RR & WH SE SEC21 PT SEC28 SEC 21-40-12.

**SALE COMPARISON APPROACH:**
ALL THREE SALES ARE LOCATED WITHIN COMPARABLE AND COMPETING AREAS OF FRANKLIN PARK.

**SALE #1 AND SALE #2 SOLD MORE THAN SIX MONTHS AGO, BUT LESS THAN ONE YEAR AGO. NO TIME ADJUSTMENTS ARE OBSERVED AS THERE IS NO MEASURABLE EVIDENCE OF ANY VALUE CHANGE WITHIN THE AREA SINCE THAT TIME.

SITE SIZE DIFFERENCES ARE MINIMAL AND WARRANT NO ADJUSTMENTS.

ALTHOUGH OF A DIFFERENT STYLE, SALE #1 IS SIMILAR TO THE SUBJECT IN APPEAL.

NO ADJUSTMENTS ARE MADE FOR AGE. IN THIS MARKET, BUYERS TEND TO PURCHASE CONDITION OVER AGE.

ABOVE GRADE BATH DIFFERENCES ARE ADJUSTED UNDER "ABOVE GRADE ROOM COUNT."

GROSS LIVING AREA DIFFERENCES OF MORE THAN 100 SQUARE FEET ARE ADJUSTED AT $25 PER SQUARE FOOT.

THE ADJUSTED SALE PRICES OF THE COMPARABLES RANGE FROM $250,000 TO $259,800.

**ANALYSIS OF ANY CURRENT AGREEMENT OF SALE, OPTION OR LISTING:**
NO CURRENT AGREEMENT OF SALE, OPTION OR LISTING OF THE SUBJECT.

**ANALYSIS OF ANY PRIOR SALE OF THE SUBJECT WITHIN THE PAST THREE YEARS:**
NO PRIOR SALE OF THE SUBJECT WITHIN THE PAST THREE YEARS.

**ANALYSIS OF ANY PRIOR SALE OF THE COMPARABLES WITHIN THE PAST THREE YEARS:**
NO PRIOR SALE OF THE COMPARABLES WITHIN THE PAST THREE YEARS.

**SUBJECT'S SITE VALUE:**
THE SUBJECT'S SITE VALUE IS ESTIMATED TO BE $75,000.

## SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: GONZALEZ | File No.: 00441821 |
| Property Address: 3034 EMERSON STREET | Case No.: |
| City: FRANKLIN PARK | State: IL.    Zip: 60131 |
| Lender: ABN AMRO MORTGAGE GROUP | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: March 18, 2004
Appraised Value: $ 255,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: GONZALEZ | | File No.: 00441821 |
| Property Address: 3034 EMERSON STREET | | Case No.: |
| City: FRANKLIN PARK | State: IL. | Zip: 60131 |
| Lender: ABN AMRO MORTGAGE GROUP | | |



**COMPARABLE SALE #1**

3114 ATLANTIC STREET
FRANKLIN PARK
Sale Date: **08/03
Sale Price: $ 269,900



**COMPARABLE SALE #2**

10104 SCHILLER BOULEVARD
FRANKLIN PARK
Sale Date: **07/03
Sale Price: $ 250,000



**COMPARABLE SALE #3**

3006 ERNST STREET
FRANKLIN PARK
Sale Date: 10/03
Sale Price: $ 250,000

**FLOORPLAN**

| | |
|---|---|
| Borrower: GONZALEZ | File No.: 00441821 |
| Property Address: 3034 EMERSON STREET | Case No.: |
| City: FRANKLIN PARK | State: IL. | Zip: 60131 |
| Lender: ABN AMRO MORTGAGE GROUP | |



| SKETCH CALCULATIONS | Area |
|---|---|
| A1 : 31.0 x 26.0 = | 806.0 |
| First Floor | 806.0 |
| A2 : 6.0 x 6.0 = | 36.0 |
| A3 : 31.0 x 15.0 = | 465.0 |
| Second Floor | 501.0 |
| **Total Living Area** | **1307.0** |
| A4 : 18.5 x 22.0 = | 407.0 |
| Detached Garage | 407.0 |
| **Total Garage Area** | **407.0** |

**LOCATION MAP**

| Borrower: GONZALEZ | File No.: 00441821 |
| Property Address: 3034 EMERSON STREET | Case No.: |
| City: FRANKLIN PARK | State: IL. | Zip: 60131 |
| Lender: ABN AMRO MORTGAGE GROUP | | |



In re:     **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category."  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 01. Cash on Hand | | [x] None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | |
|     **LaSalle Bank checking account** | | $    200 |
|     **LaSalle Bank savings account** | | $    100 |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [x] None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
|     **Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware** | | $    800 |
|     **Circuit City - Electronics** | H | $    500 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
|     **Books, Compact Discs, Tapes/Records, Family Pictures** | | $    100 |
| 06. Wearing Apparel | | [x] None |
| 07. Furs and jewelry. | | |
|     **Earrings, watch, costume jewelry** | | $    100 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | [x] None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | [x] None |
| 10. Annuities | | [x] None |
| 11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans. | | |
|     **401(k) w/ Employer/Former Employer - 100% Exempt.** | | $    4,600 |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |

In re:      **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | [x] None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | [x] None |
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
| **1997 Mitsubishi Montero Sport** | | $   6,350 |
| **CarMax - 1996 Mercury Sable GS** | H | $   3,600 |
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | [x] None |
| **3 cats and 1 dog** | | |
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | [x] None |

In re:    **Ramiro Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located
for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest
as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **00. Real Property** | | | |
| 3034 Emmerson St Franklin Park, IL 60131  (Debtor's Residence) | 735 ILCS 5/12-901 | $  7,500 | $  255,000 |
| **02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or** | | | |
| LaSalle Bank checking account | 735 ILCS 5/12-1001(b) | $  200 | $  200 |
| LaSalle Bank savings account | 735 ILCS 5/12-1001(b) | $  100 | $  100 |
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | | |
| Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware | 735 ILCS 5/12-1001(b) | $  800 | $  800 |
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | | |
| Books, Compact Discs, Tapes/Records, Family Pictures | 735 ILCS 5/12-1001(a) | $  100 | $  100 |
| **07. Furs and jewelry.** | | | |
| Earrings, watch, costume jewelry | 735 ILCS 5/12-1001(b) | $  100 | $  100 |
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| 401(k) w/ Employer/Former Employer - 100% Exempt. | 735 ILCS 5/12-1006 | $  4,600 | $  4,600 |
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |
| 1997 Mitsubishi Montero Sport | 735 ILCS 5/12-1001(c)  735 ILCS 5/12-1001(b) | $  1,200  $  800 | $  6,350 |

BY WHOM

In re: **Ramiro Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address Including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien<br><br>Co-Debtor | HWJC CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|
| 1 **ABN AMRO Mortgage Group, Inc.** Account No.  0627845535 Attn: Bankruptcy Dept. 4242 N. Harlem Ave. Norridge IL 60706 | Mortgage<br>Value: $ 255,000<br>3034 Emmerson St Franklin Park, IL 60131  (Debtor's Residence) | H | | | $ 155,000 | $           0 |
| 2 **ABN AMRO Mortgage Group, Inc.** Account No. Attn: Bankruptcy Dept. 4242 N. Harlem Ave. Norridge IL 60706 | Mortgage - Second<br>Value: $ 255,000<br>3034 Emmerson St Franklin Park, IL 60131  (Debtor's Residence) | H | | | $ 50,539 | $           0 |
| 3 **CarMax Auto Financing** Account No. 2670074 Attn: Bankruptcy Dept. PO Box 3174 Milwaukee WI 53201-3174 | Lien on Vehicle<br>Value: $  3,600<br>CarMax - 1996 Mercury Sable GS | H | | | $  4,859 | $      1,259 |
| 4 **Circuit City/Household Bank** Account No. _____ Attn: Bankruptcy Department PO Box 5877 Carol Stream IL 60197 | 2004 Purchase Money Security<br>Value: $     500<br>Circuit City - Electronics | H | | | $  1,200 | $        700 |

TOTAL $      211,598

In Re:  **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labled "HWJC".

 Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | H W J C | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Claim Amount and Notes* |
|---|---|---|---|---|---|---|
| | | | | | | |

**[x] None**

Description                              BY WHOM

In re: **Ramiro Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred / Account # | hwjc | Claim Amount Consideration for claim |
|---|---|---|---|
| 1 **AT&T Wireless Services, Inc.** <br> Account No. 263968711 <br><br> Attn: Bankruptcy Dept. <br> P.O. Box 78224 <br> Phoenix AZ 85062-8224 | 2004 <br> Utility Bills/Cellular Service | | $ 370 |
| 2 **Bank of America** <br> Account No. 4356540005874588 <br><br> Attn: Bankruptcy Dept. <br> PO Box 85350 <br> Louisville KY 40285-5350 | Credit Card or Credit Use | H | $ 5 |
| 3 **Bank One** <br> Account No. 42669210161194357 <br><br> Attn: Bankruptcy Dept. <br> PO Box 11606 <br> Lexington KY 40576-1606 | 1991 <br> Credit Card or Credit Use | H | $ 3,700 |
| 4 **Bank One** <br> Account No. 1727204063706012 <br><br> Attn: Bankruptcy Dept. <br> PO Box 11606 <br> Lexington KY 40576-1606 | Credit Card or Credit Use | H | $ 800 |
| 5 **Capital One** <br> Account No. 5178052382847636 <br><br> Bankruptcy Department <br> PO Box 60000 <br> Seattle WA 98190 | 2003 <br> Credit Card or Credit Use | H | $ 1,000 |
| 6 **Citifinancial** <br> Account No. 6032590170304215 <br><br> Bankruptcy Department <br> PO Box 6004 <br> The Lakes NV 89103-6004 | 2004 <br> Credit Card or Credit Use | H | $ 700 |

In re:  **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | | Claim Amount<br>Consideration for claim<br>hwjc | |
|---|---|---|---|---|
| **7  GE Capital** | | | H | |
| Account No.  6019210034579913 | Credit Card or Credit Use | | | $  3,100 |
| Bankruptcy Department<br>PO Box 105989<br>Atlanta GA 30348 | | | | |
| **8  Home Depot/MCCBG** | 2000 | | H | |
| Account No.  6035320076465622 | Credit Card or Credit Use | | | $  1,300 |
| Bankruptcy Department<br>PO Box 105981, Dept. 51<br>Atlanta GA 30353-5981 | | | | |
| **9  Monogram Credit Card Bk of GA** | | | H | |
| Account No.  6034590700254086 | Credit Card or Credit Use | | | $  3,600 |
| Attn: Bankruptcy Department<br>PO Box 105980<br>Atlanta GA 30353-5980 | | | | |
| **10  Sam's Club** | 2002 | | H | |
| Account No.  7714100220035539 | Credit Card or Credit Use | | | $  550 |
| Bankruptcy Dept.<br>PO Box 103036<br>Roswell GA 30076 | | | | |
| **11  Victoria's Secret** | 1999 | | H | |
| Account No.  861-935-286 | Credit Card or Credit Use | | | $  900 |
| Attn:Bankruptcy Dept.<br>PO Box 659562<br>San Antonio TX 78265 | | | | |
| | | TOTAL | $ | 16,025 |

In re:   **Ramiro  Gonzalez, Jr. / Debtor**

Case No. :  _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of credit

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
| --- | --- |

[x] None

In re: **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

Name and Address of Codebtor                                                    Name and Address of Creditor

**[x] None**

In re: **Ramiro Gonzalez, Jr. / Debtor**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Dependent(s)        J.A. 17yrs
                    J.A. 16yrs

**Debtor's Marital Status:**
**Married**

**EMPLOYMENT:**

| | | |
|---|---|---|
| Occupation: | Production Manager | Manager |
| Name of Employer: | Gerber Auto Collision | Archer |
| Years Employed | 2yrs | 5yrs |
| Employer Address: | 3425 N. Halstead | 4405 LaSalle |
| | Chicago        IL      60657 | Chicago        IL |

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 5,000.67 | 2,814.52 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| **SUBTOTAL** | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a.  Payroll taxes and social security | 1,012.48 | 383.65 |
| b.  Insurance | 50.01 | 411.82 |
| c.  Union dues | 0.00 | 0.00 |
| d.  Other:      Pension | 300.04 | 84.44 |
|          401(k) Loan Repay | 59.11 | 54.34 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $1,421.64 | $934.25 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | 3,579.03 | 1,880.27 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $      0.00 | $      0.00 |
| Income from real property | $      0.00 | $      0.00 |
| Interest and dividends | $      0.00 | $      0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $      0.00 | $      0.00 |
| Social Security or other government assistance | $      0.00 | |
| | | $      0.00 |
| Pension or retirement income | $      0.00 | $      0.00 |
| Other monthly income | | |
| | $      0.00 | |
| | | $      0.00 |
| **TOTAL MONTHLY INCOME** | $      3,579.03 | $      1,880.28 |
| **TOTAL COMBINED MONTHLY INCOME** | $      5,459.31 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Ramiro  Gonzalez, Jr. / Debtor**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 1,245.00 |
| Are real estate taxes included?               [x] Yes [ ] No | 2nd  Mortgage | 400.00 |
| Is property insurance included?               [x] Yes [ ] No | 3rd Mortgage | 0.00 |
| Utilities:     Electricity and heating fuel | $ | 280.00 |
| Water and Sewer | $ | 45.00 |
| Telephone | $ | 150.00 |
| Other | $ | 0.00 |
| Cable | $ | 90.00 |
| Home maintenance (repairs and upkeep) | $ | 60.00 |
| Food | $ | 500.00 |
| Clothing | $ | 120.00 |
| Laundry and Dry Cleaning | $ | 75.00 |
| Medical and Dental expenses , Rx Medicines | $ | 150.00 |
| Transportation (not including car payments) | $ | 275.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 100.00 |
| Newspapers, Magazines | $ | 45.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 125.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 0.00 |
| Installment Payments: | | |
| Auto | $ | 0.00 |
| Other | | |
| Auto Repair | $ | 100.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other   Haircuts | $ | 75.00 |
| Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 150.00 |
| Postage/Banking | $ | 45.00 |
| Contacts | $ | 50.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 0.00 |
| Student  Loans | $ | 0.00 |
| Wife's Bills | $ | 450.00 |
| Pet Care | $ | 100.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | **4,630.00** |

| | | |
|---|---|---:|
| **FOR CHAPTER 12 AND 13 DEBTORS ONLY** | | |
| A. Total projected monthly income | $ | 5,459.31 |
| B. Total projected monthly expenses | $ | 4,630.00 |
| C. Excess income (A minus B) | $ | 829.31 |

In re: **Ramiro  Gonzalez, Jr. / Debtor**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

D. Total amount to be paid into plan monthly                                   $         0.00

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:

**Ramiro Gonzalez, Jr. / Debtor**

Attorney for Debtor: Erin T Hack                          Case No.

For:  Peter Francis Geraci

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | AMOUNTS ASSETS | SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | 255,000 | | |
| SCHEDULE B - Personal Property | Yes | — | 16,350 | | |
| SCHEDULE C - Exempt | Yes | — | | | |
| SCHEDULE D - Secured | Yes | — | | 211,598 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | — | | 16,025 | |
| SCHEDULE G - Executory Contracts | Yes | — | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 5,459 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 4,630 |
| | | | $   271,350 | $   227,623 | |

In Re:    **Ramiro  Gonzalez, Jr. / Debtor**

Case No. : _____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

## Sign: X

Dated: __/ / __ / / ____/2004    **Ramiro  Gonzalez, Jr.**

## SIGN AND DATE ABOVE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:    **Ramiro Gonzalez, Jr. / Debtor**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

## DEFINITIONS
"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.

Debtor
2004..........: Approx. $46,069
2003..........: Approx. $47,000
2002..........: Approx. $38,000
Source........: Employment

Spouse

Spouse
2004.......: Approx. $29,777
2003.......: Approx. $25,000
2002.......: Approx. $23,000
Source..........: Employment

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.                    [x] None

Spouse                    [x] None

03. PAYMENTS TO CREDITORS:   List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.                    [x] None

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.                    [x] None

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS:          [x] None
List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or
defendant or other party: include divorces, injury claims, employment claims and all others.


04b:  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized          [x] None
under any legal or equitable process within 1 year:


05. REPOSSESSION, FORECLOSURES AND RETURNS:    List all property repossessed, sold at foreclosure          [x] None
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:


06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days          [x] None
before filing this bankruptcy:


List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.          [x] None


07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case          [x] None
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.


08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:          [x] None


09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)
   Payee...............: Law Offices of Peter Francis Geraci
   Address............: 55 East Monroe Street
   Address2........: Suite 3400
   Address3........: Chicago          IL 60603
   Date of Payment.:   /
   Payor...............: Debtor
   Payment/Value......:  2,700.00
In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on          [x] None
my contract of representation to work on my case.


10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give          [x] None
details:  (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)


11. If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit          [x] None
union or other accounts within 1 year of today, list details:


12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,          [x] None
cash, or other valuables within 1 year of today:


13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within          [x] None
the past year.


14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's          [x] None
accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or
in possession of)


15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:          [x] None


16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property          [x] None
state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or     [x] None
regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into
the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently
or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material"
means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc.
under environmental Law.

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of     [x] None
every site & the governmental unit, date of the notice, & Environmental law:

b. If you provided notice of release of Hazardous Material, list  name and address of every site and     [x] None
governmental unit.

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give     [x] None
the name & address of  governmental unit that is or was a party to the proceedings,& docket number.

18. a.List names, addresses,taxpayer ID #, nature  of business,begin & end dates all businesses,     [x] None
sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity
interest within 6 years of today.  List same if debtor is partnership or corporation.
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.     [x] None

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books     [x] None
of account and records.

    [x] None

b. List all firms or individuals who have audited the books of account and records, or prepared a financial
statement of yours in the last 2 years.

c. List all firms or individuals who are now in     [x] None
possession of your books of account and records of the debtor. If any books or records are not available,
explain.

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a     [x] None
financial statement was issued within the last 2 years.

20. INVENTORIES     [x] None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

b. List the name and address of the person having possession of the records of each of the two inventories     [x] None
reported in a., above.

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.     [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns,     [x] None
controls, or holds 5% or more of the voting or equity securities of the corporation.

22.  ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.     [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated    [x] None
within 1 year immediately preceding the commencement of this case.

**23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION,** list withdrawals or distributions or payments,    [x] None
bonuses, loans etc. to insiders, including compensation in any form, in past year.

**24. ONLY IF YOU ARE A CORPORATION,** list information of parent corporation and taxpayer ID number in last    [x] None
6 years.

**25. ONLY IF debtor is not an individual,** list name & federal taxpayer ID number of any pension fund to which    [x] None
debtor, as an employer, was responsible for contributing in last 6 years.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and
any attachments thereto and that they are true and correct.

# Sign: X _Ramiro Gonzalez_

Dated:  __11__ / __11__ /2004    **Ramiro  Gonzalez, Jr.**

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C. SS 152 and 3571.

# DISCLAIMER

1. DEBTS TO A SPOUSE, EX-SPOUSE OR CHILD OF YOURS FOR ALIMONY, MAINTENANCE OR SUPPORT in connection with a separation agreement, divorce decree or court order. DEBTS YOU AGREED TO ASSUME IN MARITAL SETTLEMENT AGREEMENTS GENERALLY dischargeable. They are NON-DISCHARGEABLE only if your ex-spouse files an adversary complaint, and the Judge rules that (a) you do not have the ability to pay the debt OR (b) discharging such debt would result in a benfit to you that outweighs the detriment to ex-spouse or your child.

2. STUDENT LOANS, TUITION, EDUCATIONAL BENEFITS if government insured loan or owed to non-profit school unless you file a complaint within the bankruptcy to prove repayment would be an "undue hardship", and win.

3. CO-SIGNERS, JOINT APPLICANTS AND JOINT CARD HOLDERS ARE NOT PROTECTED. Creditors can collect from co-signors and put your bankruptcy on their credit report. You can usually prevent this by continuing to make the regular payments to the creditor. Creditors can liquidate collateral of your co-signer and refuse to continue payment in installments. Property you are joint on with other persons can be LIQUIDATED to pay your creditors.

4. TAX DEBTS. Most taxes are not discharged in bankruptcy. However, income tax debt (1040 type tax) can be discharged if the following four rules are met:
(1). The tax return was DUE at least 3 YEARS (plus extensions) before the filing of your bankruptcy case.
(2). You FILED your income tax return at least 2 YEARS before your bankruptcy was filed. You did not file a return if the tax authority or IRS had to file one for you, or if you didn't send the return to the District Director. (3). You did not wilfully intend to evade the tax.
(4). The tax must have been ASSESSED over 240 DAYS before the bankruptcy filing. We recommend you meet with the IRS or state department of revenue to make sure all the conditions have been met, before you hire us or file a bankruptcy. Fraudulent taxes and taxes on unfiled returns can be discharged in a Chapter 13 case. Time in an offers in compromise, & time in bankruptcy plus 6 months, will extend the above time periods. Employers' share of FICA & FUTA is dischargeable, but no trust fund taxes like the employee's funds or sales tax.

5. FINES OR PENALTIES OWED TO A GOVERNMENTAL UNIT. Parking & Traffic tickets, building code violations.

6. NON-FILING HUSBAND OR WIFE. If you choose to file individually, your spouse is not our client. Only your debts are discharged. If you want to protect a non-filing spouse, pay their bills or file a joint case with them. Family expenses such as medical bills, rent and necessities may be collected from a non-filing spouse. In Wisconsin, community property is liable for community debts.

7. DUI PERSONAL INJURIES, DEBTS YOU DON'T LIST.

8. DEBTS WHERE OBJECTION TO DISCHARGE IS SUCCESSFUL Creditors, the Trustee, or the Court, can try to deny you a discharge based on many factors, INCLUDING:
   a. Income sufficient to pay a percentage of your unsecured debt.
   b. Failure to keep books and records documenting your financial affairs.
   c. Luxury purchases or cash advances, either shortly before filing or without intent or ability to repay.
   d. Debts you made by false pretenses, breach of fiduciary duty, wilful and malicious injuries to others
   e. BENEFITS OVERPAYMENTS like aid or unemployment if a determination of fraud has been made before or during your
      bankruptcy.
   f. Failure to appear at meetings, court dates, or co-operate with Trustee.

9. INTEREST ON NON-DISCHARGEABLE DEBTS in a Chapter 13 continues to accrue, and CREDITORS WHO DO NOT FILE CLAIMS in your Chapter 13 plan within 90 days (180 days for governmental units) of the meeting of creditors, do not get paid. Your plan and their claim should provide for interest at contract rate, or you will have to pay the debt outside the Chapter 13 plan. Property taxes must be paid by you directly to avoid sale for delinquent taxes.

10. LIQUIDATION OF REAL AND PERSONAL PROPERTY. If you file a Chapter 7, any property that is not protected on Schedule C pursuant to state or federal law is taken and sold by the trustee to pay creditors. You agree to assume the risk that your property will be taken and sold by the bankruptcy trustee (at or less than what it is worth) if we can't protect it under applicable state law. You get a discharge, but the trustee can take property not listed and exempted on schedules B and C and sell it for whatever price will provide some benefit to creditors. The trustee can also challenge and deny exemptions you claim.

11. CHANGE IN LAWS. Laws & court cases change constantly. We can file your case today if you pay us in full (some attorneys give credit, we don't) pay the filing fee and sign your petition in our main office. ANY DELAY BEYOND TODAY IS YOUR REPSONSIBILITY. ADVERSE RULINGS Judges that sit in adjoining courtrooms can rule differently on the same facts. We can predict but cannot guarantee that a judge will or will not rule against you. You must accept the risk of a judge ruling against you, as in any lawsuit.

12. PAYMENTS TO CREDITORS YOU PREFERRED to pay more than $600 in front of others, within 1 yr if a relative or insider, or within 90 days if another creditor, so don't pay off debts to keep credit cards or protect others. TRANSFERS OF PROPERTY within 4 years that made you unable to pay your debts at the time can be reversed by a Trustee and the transferee will have to give back the property you transferred.

13. SURRENDER OF PROPERTY Bankruptcy gets rid of debts, but real estate, condos and time shares remain in your name until a foreclosure sale or the lender accepts a deed in lieu of foreclosure. Turn condo keys over to condo association or remain liable for assessments after filing, and make sure you keep buildings & land insured and maintained and secured until it is taken back by lender or out of your name. If you let a house go vacant and pipes explode or someone gets killed in there you may be liable.

14. RIGHT TO RECEIVE inheritances, tax refunds, injury claims, compensation of any kind, insurance or realty commissions, are property of the bankruptcy estate and you will surrender these to the trustee unless they are claimed exempt on Schedule C, and no objection to your claim of exemption is upheld. Do not deduct extra money from taxes so you are entitled to a refund, change your W-9 if necessary.

15. JOINT ACOUNT HOLDERS holders entire amount in the account could be taken by the trustee under Chapter 7.

16. MARRIED COUPLES GOING THROUGH DIVORCE: We have been advised to seek independent counsel for our bankruptcy. We understand that Peter Francis Geraci does not represent us with regard to any divorce matters and does not make any representations regarding what will happen in divorce court. We have decided to file a bankruptcy together dispite the fact that we are getting a divorce and our interests could be adverse. We have agreed to cooperate with each other in this joint bankruptcy.

17. AUTO LEASES & INSTALLMENT AGREEMENTS to purchase things, leases and almost all contracts will be void after bankruptcy. They are "executory contracts", and if they are of no benefit to the bankruptcy estate and not assumed within 60 days of filing, they are void. Debtors have been warned of this, and unless there is a novation under state law, or agreement not to use bankrptcy to void the contrac,t the debtors rights under the contract are extinguished. Debtor agrees to be responsible for obtaining such agreements or losing rights under such contracts. Debtor agrees that his or her attorney will not file motions to assume such contracts.

**The Undersigned have read the above & assume the risk that a debt is not discharged in bankruptcy, that our non-exempt property will be taken and sold by the bankruptcy trustee if it can't be protected, that the trustee might object if I/we have excess income, or change in State, Federal or Bankruptcy laws before the case is filed in Court AND WE HAVE TO READ, CHECK, & MAKE SURE OUR PETITION IS ACCURATE!!!!**

Ramiro Gonzalez, Jr.

ABN AMRO Mortgage Group, Inc.
Attn: Bankruptcy Dept.
4242 N. Harlem Ave.
Norridge, IL 60706

ABN AMRO Mortgage Group, Inc.
Attn: Bankruptcy Dept.
4242 N. Harlem Ave.
Norridge, IL 60706

AT&T Wireless Services, Inc.
Attn: Bankruptcy Dept.
P.O. Box 78224
Phoenix, AZ 85062

Bank of America
Attn: Bankruptcy Dept.
PO Box 85350
Louisville, KY 40285

Bank One
Attn: Bankruptcy Dept.
PO Box 11606
Lexington, KY 40576

Bank One
Attn: Bankruptcy Dept.
PO Box 11606
Lexington, KY 40576

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

CarMax Auto Financing
Attn: Bankruptcy Dept.
PO Box 3174
Milwaukee, WI 53201

Circuit City/Household Bank
Attn: Bankruptcy Department
PO Box 5877
Carol Stream, IL 60197

Citifinancial
Bankruptcy Department
PO Box 6004
The Lakes, NV 89103

GE Capital
Bankruptcy Department
PO Box 105989
Atlanta, GA 30348

Home Depot/MCCBG
Bankruptcy Department
PO Box 105981, Dept. 51
Atlanta, GA 30353

Monogram Credit Card Bk of GA
Attn: Bankruptcy Department
PO Box 105980
Atlanta, GA 30353

Sam's Club
Bankruptcy Dept.
PO Box 103036
Roswell, GA 30076

Victoria's Secret
Attn:Bankruptcy Dept.
PO Box 659562
San Antonio, TX 78265

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:    **Ramiro  Gonzalez, Jr. / Debtor**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated: _____ / ___ / ___ /2004

Ramiro  Gonzalez, Jr.

## SIGN AND DATE ABOVE