```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42574
   RAMIRO GONZALEZ JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
        Debtor
   SSN XXX-XX-6115

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/16/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSEC W/INTER     3094.69          278.00         3094.69
ECAST SETTLEMENT CORP      UNSEC W/INTER     3778.56          339.47         3778.56
ABN AMRO MORTGAGE GROUP    CURRENT MORTG        .00              .00             .00
ABN AMRO MORTGAGE GROUP    CURRENT MORTG        .00              .00             .00
CARMAX AUTO FINANCE        SECURED           3600.00           68.47         3600.00
CARMAX AUTO FINANCE        UNSEC W/INTER     1292.03          116.10         1292.03
LVNV FUNDING LLC           SECURED            500.00            7.85          500.00
LVNV FUNDING LLC           UNSEC W/INTER     1356.10          121.86         1356.10
AT & T WIRELESS            UNSEC W/INTER   NOT FILED             .00             .00
BANK OF AMERICA NA         UNSEC W/INTER        8.00            1.02            8.00
RESURGENT ACQUISITION LL   UNSEC W/INTER     3695.94          332.04         3695.94
CHASE CARD SERVICES        UNSEC W/INTER   NOT FILED             .00             .00
CAPITAL ONE SERVICES       UNSEC W/INTER   NOT FILED             .00             .00
RESURGENT ACQUISITION LL   UNSEC W/INTER      594.09           53.39          594.09
CITIBANK                   UNSEC W/INTER     1245.80          112.42         1245.80
SAMS CLUB CREDIT CARD      UNSEC W/INTER   NOT FILED             .00             .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      834.24           74.97          834.24
CARMAX AUTO FINANCE        SECURED NOT I     3175.00             .00             .00
CARMAX AUTO FINANCE        UNSEC W/INTER      986.83          114.14          986.83
RESURGENT ACQUISITION LL   UNSEC W/INTER         .00             .00             .00
GE CAPITAL                 UNSEC W/INTER   NOT FILED             .00             .00
MONOGRAM CREDIT CARD BK    UNSEC W/INTER   NOT FILED             .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                            1,455.49
DEBTOR REFUND              REFUND                                               487.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  27,249.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42574 RAMIRO GONZALEZ JR
```

```
PRIORITY                                                              .00
SECURED                                                          4,100.00
    INTEREST                                                        76.32
UNSECURED                                                       16,886.28
    INTEREST                                                     1,543.41
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,455.49
DEBTOR REFUND                                                      487.50
                                       ---------------    ---------------
TOTALS                                       27,249.00          27,249.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn
   Dated: 03/27/08                        _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 04 B 42574 RAMIRO GONZALEZ JR